FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00407    Document 3    Filed 01/17/2008    Page 1 of 1
DAJ

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ACE SEGUROS, S.A. (a foreign corporation) a/s/o
DAIMLERCHRYSLER DE MEXICO, S.A. DE C.V.
v.
T.M. DOYLE TEAMING, INC.

Case Number: **08 C 407**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ACE SEGUROS, S.A. (a foreign corporation) a/s/o DAIMLERCHRYSLER DE MEXICO, S.A. DE C.V.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) | |
| Duane C. Weaver | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Duane C. Weaver | |
| FIRM | |
| Horvath & Weaver, P.C. | |
| STREET ADDRESS | |
| 10 S. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6194781 | 312.419.6600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |