**FILED**

**JANUARY 17, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DAJ**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 407**

In the Matter of                                                                 Case Number:

ACE SEGUROS, S.A. (a foreign corporation) a/s/o
DAIMLERCHRYSLER DE MEXICO, S.A. DE C.V.
v.
T.M. DOYLE TEAMING, INC.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ACE SEGUROS, S.A. (a foreign corporation) a/s/o DAIMLERCHRYSLER DE MEXICO
S.A. DE C.V.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print)<br> John F. Horvath | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ John F. Horvath | |
| FIRM<br> Horvath & Weaver, P.C. | |
| STREET ADDRESS<br> 10 S. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP<br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 1263269 | TELEPHONE NUMBER<br> 312.419.6600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐