## United States District Court for the Northern District of Illinois

Case Number: 08CV407      Assigned/Issued By: J. N.

Judge Name:      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP       ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                    ☑ Alias Summons
☐ Third Party Summons                        ☐ Lis Pendens
☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __2-20-08__ as to __DEFENDANT__
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm      03/14/05