AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS





**SUMMONS IN A CIVIL CASE**

ACE SEGUROS, S.A. (a foreign corporation) a/s/o DAIMLERCHRYSLER DE MEXICO, S.A. DE C.V.

V.

T.M. DOYLE TEAMING, INC.

CASE NUMBER: **08 C 407**

ASSIGNED JUDGE: **JUDGE LEFKOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

T.M. DOYLE TEAMING, INC.
W. F. Doyle, President
14508 S. John Humphrey Drive
Orland Park, IL  60462

```
000114-1.1.1 01/18/08 15:08
REF CASE    # 08  000407
   1 FOREIGN WRIT           50.00
   1 MILEAGE                10.00
REF SHERIFF # 944074
   CASE TOTAL               60.00 *
   TOTAL                    60.00 TL
CHECK 1                     60.00
CASHIER: NICOLE
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Horvath & Weaver, P.C.
10 S. LaSalle St., Suite 1400
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



January 17, 2008

Date

TYPE ~~LAW~~  SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS  DISTRICT 171

SHERIFF'S NUMBER 944074-001D  CASE NUMBER 08C407  DEPUTY: Walter 4555

FILED DT 01-17-2008  RECEIVED DT 01-18-2008  DIE DT 02-06-2008  MULTIPLE SERVICE 1

DEFENDANT
T.M. DOYLE TEAMING, INC.
14508 S JOHN HUMPHREY DR
ORLAND PARK IL. 60462

ATTORNEY
HORVATH & WEAVER, P.C.
10 S. LA SALLE ST.
CHICAGO IL. 60603
312 419-6600

PLAINTIFF ACE SEGUROS, S.A.

**FOREIGN**

SERVICE INFORMATION: CF   SERVE: W.F. DOYLE, PRESIDENT

*******************************************************************

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME _____

.....3 SERVICE ON: CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___ BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL _____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

1 SEX ___ M/F  RACE ___ AGE ___
2 NAME OF DEFENDANT T.M. DOYLE TEAMING, INC /15#2
   WRIT SERVED ON _____

THIS 06 DAY OF Feb, 2008 TIME 4:50 A.M./**P.M.**

ADDITIONAL REMARKS _____

*******************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  Business (Closed)

NEIGHBORS NAME _____
ADDRESS _____

REASON NOT SERVED:

| | |
|---|---|
| 01 MOVED | 07 EMPLOYER REFUSAL |
| X 02 NO CONTACT | 08 RETURNED BY ATTY |
| 03 EMPTY LOT | 09 DECEASED |
| 04 NOT LISTED | 10 BLDG DEMOLISHED |
| 05 WRONG ADDRESS | 11 NO REGISTERED AGT. |
| 06 NO SUCH ADDRESS | 12 OTHER REASONS |
| | 13 OUT OF COUNTY |

ATTEMPTED SERVICES
DATE     TIME   A.M./P.M.

FEE .00  MILEAGE .00  TOTAL .00

SG20