AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS




**ALIAS** SUMMONS IN A CIVIL CASE

ACE SEGUROS, S.A (a foreign corporation)
a/s/o DAIMLERCHRYSLER DE MEXICAO,
S.A. DE C.V.
    Plaintiff,

V.

T.M. DOYLE TEAMING, INC.,
    Defendant.

CASE NUMBER: 08 C 407

ASSIGNED JUDGE: Judge Lefkow

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Cole

TO: (Name and address of Defendant)

T.M. DOYLE TEAMING CO. INC.
4250 West 40th Street
Chicago, IL 60632

```
000305-1.6.1 02/19/08 15:33
REF CASE    # 08  000407
    1 FOREIGN WRIT          50.00
    1 MILEAGE               10.00
REF SHERIFF # 010272
CASE TOTAL                  60.00 *
          TOTAL             60.00 TL
CHECK  I                    60.00
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Horvath & Weaver, P.C.
10 South LaSalle St., Suite 1400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 1 9 2008

DATE

TYPE LAW     SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS     DISTRICT 088

SHERIFF'S NUMBER 010272-101D CASE NUMBER 08C407     DEPUTY: _C Smith #715_

FILED DT 02-19-2008 RECEIVED DT 02-19-2008 DIE DT 03-06-2008 MULTIPLE SERVICE   1

DEFENDANT  
T.M. DOYLE TEAMING CO., INC.  
4250 W 40TH ST  
CHICAGO IL. 60632

ATTORNEY  
HORVATH & WEAVER, P.C.  
10 S.LA SALLE ST.  
CHICAGO IL. 60603  
312 419-6600

PLAINTIFF ACE SEGUROS, S.A.

SERVICE INFORMATION: CF

**FOREIGN**

*******************************************************************************

(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME _____

..X.3 SERVICE ON: CORPORATION _X_ COMPANY ___ BUSINESS ___ PARTNERSHIP ___ BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL _____

(B) THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

  1 SEX M/F    RACE WHT    AGE 39  
  2 NAME OF DEFENDANT T.M. DOYLE TEAMING CO., INC.  
      X WRIT SERVED ON _Patrick Doyle (AP) Sattoy mgr_  
      THIS _04_ DAY OF _MAR_, 20_08_ TIME _10:42_ A.M./P.M.

ADDITIONAL REMARKS _____

*******************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _Truck Depot_      ATTEMPTED SERVICES

NEIGHBORS NAME _____      DATE    TIME A.M./P.M.

ADDRESS _____      04 MAR 08   10:42 A #715

REASON NOT SERVED:  
___ 01 MOVED    ___ 07 EMPLOYER REFUSAL  
___ 02 NO CONTACT    ___ 08 RETURNED BY ATTY  
___ 03 EMPTY LOT    ___ 09 DECEASED  
___ 04 NOT LISTED    ___ 10 BLDG DEMOLISHED  
___ 05 WRONG ADDRESS    ___ 11 NO REGISTERED AGT.  
___ 06 NO SUCH ADDRESS    ___ 12 OTHER REASONS  
                                  ___ 13 OUT OF COUNTY

FEE    .00    MILEAGE    .00    TOTAL    .00            SG20