**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ace Seguros, S.A.

                        Plaintiff,

v.                                                 Case No.: 1:08−cv−00407
                                               Honorable Joan H. Lefkow

T.M. Doyle Teaming, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/17/2008. Plaintiff's oral motion to amend complaint by 4/24/2008 is granted. Defendant is to answer or otherwise plead by 5/14/2008. Parties are to proceed with Rule 26(a) disclosures. Scheduling Conference set for 6/12/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.