# EXHIBIT "A"

Case 1:08-cv-00407   Document 16-2   Filed 04/24/2008   Page 1 of 3

# HILL RIVKINS & HAYDEN LLP

**HILL RIVKINS**

712 Main Street, Suite 1515, Houston, TX 77002-3209  Tel: (713) 222-1515
Fax: (713) 222-1359     e-mail: hillrivkinstexas@hillrivkins.com
Website: www.hillrivkinslaw.com

September 21, 2007

**VIA CERTIFIED MAIL AND TELEFAX**
Fax: 1-708-226-9361

T.M. DOYLE TEAMING, INC.
4232 West 81st Street
Chicago, IL 60652

T.M. DOYLE TEAMING, INC.
14508 John Humphrey Road
Orland Park, IL 60462

T.M. DOYLE TEAMING, INC.
4250 West 40th Street
Chicago, IL 60632

Attn: W F Doyle, President

RE:  Carrier:     T.M. Doyle Teaming, Inc.
     Shipper:     DaimlerChrysler de Mexico, S.A. DE C.V.
     Consignee:   Kokomo Transmission
     From/To:     Chicago, Illinois/Kokomo, Indiana
     B/L No.:     7001754
     B/L Date:    August 28, 2006
     Cargo:       192 transmission parts
     Amount of loss: $140,531.26
     Our Ref.:    207063

Dear Mr. Doyle:

    We are attorneys representing the underwriters of DaimlerChrysler de Mexico, S.A. DE C.V. (hereinafter "Chrysler") to pursue recovery for damage to 192 transmission parts ("the goods" or "cargo") and the cost of disposal. It is our understanding that T.M. Doyle Teaming, Inc. was hired to move the goods from Chicago, Illinois to Kokomo, Indiana. On August 28, 2006, a T.M. Doyle truck transporting Chrysler's goods rolled-over, damaging the goods beyond repair. Please direct any further correspondence regarding this loss to the undersigned.

    This claim involves a total loss of 192 transmission parts valued at $140,531.26. T.M. Doyle Teaming, Inc. was the carrier responsible for the carriage and delivery of the

NEW YORK
45 Broadway, Suite 1500
New York, NY 10006-3739
Tel: (212) 669-0600  Fax: (212) 669-0698/0699
e-mail: thefirm@hillrivkins.com

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911

goods in question. We hold T.M. Doyle Teaming, Inc. liable for this loss and request immediate payment to order as attorneys.

In accordance with Chapter 38 of the Texas Civil Practice and Remedies Code, if we cannot settle this claim within thirty (30) days, suit maybe filed against your company for the full amount of this loss, plus court costs, and reasonable attorneys' fees.

Please contact the undersigned after you have the opportunity to review this claim so that we may discuss settlement of this matter.

Very truly yours,

HILL RIVKINS & HAYDEN LLP

Yvonne N. Gierczyk

cc:   Lincoln General Insurance Company Midwest Off
      Att: William Brauer, VP of Underwriting
      150 Northwest Point Blvd., 6th Floor
      Elk Grove Village, IL 60007

HILL RIVKINS