IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ACE SEGUROS, S.A. (A foreign corporation) a/s/o DAIMLERCHRYSLER DE MEXICO S.A. DE C.V., )))) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 407 |
| ) | |
| T. M. DOYLE TEAMING, INC., ) | Honorable Judge Lefkow |
| ) | |
| Defendant. ) ) | Magistrate Judge Cole |

## JOINT PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Fed.R.Civ.P. 26(f), an initial meeting of the parties was held on June 12, 2008 with attorney Duane Weaver, Horvath & Weaver, P.C., for Plaintiff and attorney Paul A. Gajewski, Axelrod, Goodman, Steiner & Bazelon, for Defendant participating. The parties jointly propose that the following dates and deadlines be set:

1. **Discovery**

The following time limits and deadlines shall be applicable.

    A. All disclosures required by Rule 26(a)(1) shall be made on or before **June 12, 2008.**

    B. Any amendments to pleadings or actions to join other parties shall be filed on or before **September 9, 2008.**

    C. The cutoff of fact discovery is **December 4, 2008.**

    D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before **January 5, 2008.**

    E. The parties may depose the other side's expert at any time prior to **February 19, 2009.**

  F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to **(None)**.

  G. The parties shall have until **(None)** to depose the opposing party's rebuttal expert.

## 2. Motions

Any dispositive motions to be filed on or before **April 6, 2009.**

## 3. Final Pretrial Order and Conference

The final pretrial order shall be filed on or before **July 6, 2009.**

The final pretrial conference will be held on _____ at _.m. (This date and time will be set by the Court at the Rule 16 conference.)

## 4. Trial

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

## 5. Status Hearings

A further status hearing will be held on **August 7, 2008 at 9:30 a.m.**

/s/ Duane C. Weaver
Attorney for Plaintiff
Horvath & Weaver
10 S. La Salle Street, Suite 1400
Chicago, Illinois 60603
(312) 419-6600

/s/ Paul A. Gajewski
Attorney for Defendant
Axelrod, Goodman, Steiner & Bazelon
39 S. La Salle Street, Suite 920
Chicago, Illinois 60603
(312) 236-9375