UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ace Seguros, S.A.

                              Plaintiff,

v.                                                              Case No.: 1:08−cv−00407
                                                               Honorable Joan H. Lefkow

T.M. Doyle Teaming, Inc.

                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:The following scheduling dates are entered pursuant to the parties' report of Rule 26(f) planning meeting [19]. Rule 26(a)(1) disclosures due by 6/12/2008. Amendments to the pleadings shall be sought upon appropriate motion by 9/9/2008. Fact discovery cut−off is 12/4/2008. Parties expert disclosures due by 1/5/2009; parties' expert(s) to be deposed by 2/19/2009. Dispositive motions deadline and all trial scheduling dates to be set at a later time.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.